# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130109-10 & (59)

GLORIA JACKSON,
        Plaintiff-Appellant,

v

LAKER GROUP, L.L.C., and KROLL
CONSTRUCTION COMPANY,
        Defendants-Appellees.

SC: 130109
COA: 261588
Oakland CC: 04-058216-CH

_____/

LAKER GROUP, L.L.C.,
        Plaintiff-Appellee,

v

GLORIA JACKSON,
        Defendant-Appellant.

SC: 130110
COA: 261594
Oakland CC: 04-058945-CK

_____/

On order of the Court, the motion for stay of trial court proceedings is GRANTED. Proceedings in the Oakland Circuit Court are stayed pending the completion of this appeal.

The application for leave to appeal the November 3, 2005 judgment of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

d1227